Ed. 507 (1949); Levine v. Farley, 70 denied, 308 U.S. 622, 60 S.Ct. 377, 84 L. Ed. 519 (1940).

Affirmed.

FAHY, Circuit Judge (concurring in the result).

I concur in the result but do so only after considering appellant's claim of protected union activity under rights said to stem from Section 6(c) of the Lloyd-LaFollette Act of 1912.[1] The claim of some such protection in and of itself may have merit; but, even so, in the context of all the facts of this case I do not think the courts should set aside the action of the Civil Service Commission.

Mr. John J. Sexton, Washington, D. C. (appointed by this court) for appellant.

Mr. Robert D. Devlin, Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., and Frank Q. Nebeker and Joel D. Blackwell, Asst. U. S. Attys., were on the brief, for appellee.

Before FAHY, DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant was convicted of grand larceny in violation of § 22–2201, D.C.Code. We have considered the questions ably analyzed by counsel appointed by this court and find no error affecting substantial rights.

Affirmed.

**William O. LEE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 17292.**

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 18, 1962.

Decided Jan. 3, 1963.

Petition for Rehearing En Banc Denied Feb. 14, 1963.

**MOUNT ZION METHODIST CHURCH, a corporation, Appellant,**

v.

**UNKNOWN HEIRS AT LAW, DEVISEES AND ALIENEES OF Joseph MASON, Trustee, for Female Union Band Society, etc., et al., Appellees.**

**No. 16977.**

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 7, 1962.

Decided Jan. 17, 1963.

---

1. 37 Stat. 555, as amended, 62 Stat. 354, 5 U.S.C.A. § 652(c).